IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-cv-60882-LENARD/TURNOFF

| | |
|---|---|
| EMESS CAPITAL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT W. ROTHSTEIN and TD BANK, N.A.,<br><br>    Defendants. | **DEFENDANT TD BANK, N.A.'S<br>FED. R. CIV. P. 7.1<br><u>DISCLOSURE STATEMENT</u>** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant TD Bank, N.A. ("TD Bank") hereby states that TD Bank, N.A. is a wholly-owned indirect subsidiary of The Toronto-Dominion Bank, a publicly-traded company in Canada and the United States (NYSE: TD). TD Bank, N.A. is a wholly-owned subsidiary of TD Bank US Holding Company, which is, in turn, a wholly-owned subsidiary of TD US P&C Holdings, ULC. TD US P&C Holdings, ULC is a wholly-owned subsidiary of The Toronto-Dominion Bank.

Respectfully submitted this 23rd day of June, 2010.

MARK P. SCHNAPP
Florida Bar No. 501689
schnappm@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Ave.
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL  33301
Telephone:  (954) 765-0500
Facsimile:  (954) 765-1477

/s/ Glenn E. Goldstein
GLENN E. GOLDSTEIN
Florida Bar No. 435260
goldsteing@gtlaw.com

*Attorneys for Defendant TD Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Glenn E. Goldstein
GLENN E. GOLDSTEIN

## SERVICE LIST

David Scott Mandel, Esq.
Mandel & Mandel LLP
Alfred I. Dupont Building
169 E. Flagler Street, Suite 1200
Miami, Florida 33131
Telephone: (305) 374-7771
Facsimile: (305) 374-7776
Email: dmandel@mandel-law.com

*Counsel for Emess Capital*

FTL 107,747,625v1 6-23-10