UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60882-Civ-Lenard/Goodman

EMESS CAPITAL, LLC

       Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Emess Capital, LLC, by and through undersigned counsel, submits this statement in response to this Court's order regarding disclosure of interest persons and related corporate entities. The following are the three members of the Plaintiff LLC:

    Solomon Eisenberg
    Sandy Leibhard
    Mel Lifshitz

Dated: March 24, 2011

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida 33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By: _____
DAVID S. MANDEL
Florida Bar No. 38040

*Attorneys for Emess Capital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2011, a true and correct copy of the foregoing was served via U.S. Mail on Mark Schnapp, Esq., Greenberg Traurig, 333 Avenue of the Americas Miami, FL 33131.