FILING FEE
PAID $75.00
Pro hac Vice 37952
Steven M. Larimore, Clerk

FILED by ___ D.C.
APR 30 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-cv-60882-LENARD/O'SULLIVAN

EMESS CAPITAL,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.

## UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Peter J. Covington of the law firm of McGuireWoods LLP, 201 North Tryon Street, Suite 3000, Charlotte, North Carolina 28202, (704) 343-2074, for purposes of appearance as co-counsel on behalf of Defendant TD Bank, N.A. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Peter J. Covington to receive electronic filings in this case, and in support thereof states as follows:

    1.    Peter J. Covington is not admitted to practice in the Southern District of Florida and is a member in good standing of the (i) North Carolina Bar, (ii) United States District Court for the Western District of North Carolina, (iii) United States District Court for the Middle District of North Carolina, (iv) United States District Court for the Eastern District of North

Carolina, (v) United States Court of Appeals for the Fourth Circuit, and (vi) the Supreme Court of the United States.

2. Movant, Scott B. Cosgrove, Esquire, of the law firm of Kasowitz, Benson, Torres & Friedman, LLP, 1441 Brickell Avenue, Suite 1420, Miami, Florida 33131, Tel. (305) 377-1666, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Peter J. Covington has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Peter J. Covington, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Peter J. Covington at email address: pcovington@mcguirewoods.com.

WHEREFORE, Movant, Scott B. Cosgrove, moves this Court to enter an Order permitting Peter J. Covington to appear before this Court on behalf of Defendant TD Bank, N.A. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Peter J. Covington.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for TD Bank conferred with counsel for Plaintiff, and that counsel for the Plaintiff represented that they are not opposed to the relief sought in this motion.

Dated: April __, 2012

                                         Respectfully submitted,

                                         /s/ _____
                                         Marcos Daniel Jiménez (Florida Bar No. 0441503)
                                         mjimenez@kasowitz.com
                                         Scott B. Cosgrove (Florida Bar No. 0161365)
                                         scosgrove@kasowitz.com
                                         Audrey M. Pumariega (Florida Bar No. 0085206)
                                         apumariega@kasowitz.com
                                         **KASOWITZ, BENSON, TORRES &**
                                         **FRIEDMAN LLP**
                                         Four Seasons Tower
                                         1441 Brickell Avenue, Suite 1420
                                         Miami, Florida 33131
                                         Telephone: (305) 377-1666
                                         Facsimile: (305) 377-1664

                                         *Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-cv-60882-LENARD/O'SULLIVAN

EMESS CAPITAL,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.

_____

## CERTIFICATION OF PETER J. COVINGTON

Peter J. Covington, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the (i) North Carolina Bar, (ii) United States District Court for the Western District of North Carolina, (iii) United States District Court for the Middle District of North Carolina, (iv) United States District Court for the Eastern District of North Carolina, (v) United States Court of Appeals for the Fourth Circuit, and (vi) the Supreme Court of the United States.

                                                                                                       /s/ Peter J. Covington
                                                                                                  Peter J. Covington
                                                                                                  North Carolina Bar No. 9175

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail on April __, 2012 to all counsel or parties of record identified on the attached Service List.

_____
Scott B. Cosgrove

## SERVICE LIST

Nina Stillman Mandel, Esq.
nsmandel@mandel-law.com
Mandel & Mandel LLP
169 E. Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
*Attorneys for Plaintiff*

David Scott Mandel, Esq.
dmandel@mandel-law.com
Mandel & Mandel LLP
169 E. Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
*Attorneys for Plaintiff*

Jason Brent Savitz, Esq.
jsavitz@mandel-law.com
Mandel & Mandel LLP
169 E. Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-cv-60882-LENARD/O'SULLIVAN

EMESS CAPITAL,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.

_____

**AGREED ORDER GRANTING UNOPPOSED MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Unopposed Motion to Appear *Pro Hac Vice* for Peter J. Covington, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Peter J. Covington may appear and participate in this action on behalf of Defendant TD Bank, N.A. The Clerk shall provide electronic notification of all

electronic filings to Peter J. Covington at pcovington@mcguirewoods.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of _____, 2012.

_____
Honorable Joan A. Lenard
United States District Judge

Copies furnished to:  All Counsel of Record