UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-cv-60882-LENARD/O'SULLIVAN

EMESS CAPITAL, LLC,
a Delaware limited liability company,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

## AGREED ORDER GRANTING TD BANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

**THIS CAUSE** came before the Court on Defendant TD Bank's Unopposed Motion for Extension of Time to Respond to Discovery Requests (the "Motion"). The Court having reviewed the Motion and being otherwise duly advised as to the premises, and there being no opposition, it is hereby

**ORDERED** and **ADJUDGED** that TD Bank's Motion is **GRANTED**. TD Bank shall have up to and including Friday, May 4, 2012 to serve its responses to Plaintiff's Requests for Admissions and Genuineness of Documents, its Second Set of Interrogatories, and its Fourth Request for Production of Documents.

**DONE** and **ORDERED** on this 1 day of May, 2012, in Chambers at Miami-Dade County, Florida.

HONORABLE ~~JOAN A. LENARD~~ JOHN J. O'SULLIVAN
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

cc: All Counsel of Record
The Honorable Joan A. Lenard.