**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 10-60882-CIV-LENARD/O'SULLIVAN**

**EMESS CAPITAL, LLC, a Delaware limited**
**liability company**,

      Plaintiff,

vs.

**SCOTT W. ROTHSTEIN and TD BANK,**
**N.A.**,

      Defendant.

_____/

**ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE**

      **THIS CAUSE** is before the Court on the motions of **Jason D. Evans, William O. L.**

**Hutchinson, Mark W. Kinghorn,** and **Peter J. Covington** to be admitted pro hac vice, (D.E.

#'s 210, 211, 212, and 213, respectively), filed April 30, 2012.  The Court has reviewed the

motions and it appears that Movants have complied with the requirements of Rule 4.b., Special

Rules governing the Admission and Practice of Attorneys, Local Rules of the United States

District Court for the Southern District of Florida.  It is hereby

      **ORDERED AND ADJUDGED** that **Jason D. Evans, William O. L. Hutchinson, Mark**

**W. Kinghorn,** and **Peter J. Covington** may appear as counsel for Defendant TD Bank, N.A.

The following attorney, who maintains an office in this District, is designated and approved as

local counsel with whom the Court and opposing counsel can readily communicate regarding

the conduct of the case and upon whom papers shall be served:

            Scott B. Cosgrove, Esq.
            Kasowitz, Benson, Torres & Friedman LLP
            1441 Brickell Avenue, Suite 1420
            Miami, Florida  33131

Case No. 10-60882-CIV-LENARD/O'SULLIVAN

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of May, 2012.


**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**