UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60882-Civ-LENARD/O'SULLIVAN

EMESS CAPITAL LLC,

       Plaintiff,

vs.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT TD BANK'S
MOTION FOR STATUS CONFERENCE**

       Plaintiff, Emess Capital LLC, hereby responds to Defendant TD Bank, N.A.'s motion for a status conference in this matter [D.E. 190]. None of the four items listed in Defendant's motion for status conference warrant a hearing by this Court; each is addressed in turn:

       1.      Regarding the deadline to file motions to limit or exclude expert testimony, this issue is already fully briefed by the parties in connection with Defendant's motion for continuance of all deadlines [D.E. 200], to which Plaintiff has responded [D.E. 205] and Defendant filed a reply [D.E. 208].

       2.      Similarly, the summary judgment motion deadline, currently May 8th, is also fully briefed in connection with the same motion for continuance. Obviously, only the claims in the Complaint as it currently stands would be subject to such motions.

       3.      Regarding Defendant's previous motion to extend discovery in this case by 60 days [D.E. 151], virtually all relief sought in that motion was completed before the April 23, 2012 fact-discovery cutoff. Specifically, Defendant deposed a total of eleven individuals and entities, including the three current principals and one former principal of Emess Capital, the Emess 30(b)(6)

(for which two principals were deposed on additional days), as well as several non-parties. Following the March 6, 2012, hearing before Magistrate Judge O'Sullivan, all the depositions were scheduled and completed by April 4, 2012.

Regarding the Defendant's desire to depose the Bankruptcy Trustee for the law firm Rothstein, Rosenfeldt and Adler, P.A. ("RRA"), the Defendant had ample opportunity during the two years' this lawsuit has been pending to set that deposition. Notably, the bank obtained all relevant records from the RRA Trustee more than one year ago, pursuant to a subpoena issued in the related case of *Coquina Investments v. Rothstein and TD Bank*, case no. 10-60786-Civ-Cooke.

4. With respect to Defendant's suggestion regarding possible additional discovery, including taking more depositions or retaking the depositions of Emess Capital, its principals, or any other witness, Defendant has failed to file a proper motion and memorandum of law setting forth the sufficient basis for seeking such relief. The instant request for a status conference is not a substitute for filing a motion and corresponding legal memorandum with the Court. If Defendant files such a motion, Plaintiff will respond accordingly.

In sum, Defendant has failed to establish any need for a status conference at this time.

    Respectfully submitted,

    MANDEL & MANDEL LLP
    169 East Flagler Street, Suite 1200
    Miami, Florida 33131
    Telephone: 305.374.7771
    Facsimile: 305.374.7776
    dmandel@mandel-law.com

By:   /s/ *David S. Mandel*
    DAVID S. MANDEL
      Florida Bar No. 38040
    NINA STILLMAN MANDEL
      Florida Bar No. 843016
    JASON B. SAVITZ
      Florida Bar No. 36444

*Attorneys for Emess Capital LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2012, a true and correct copy of the foregoing was filed with the clerk via CM/ECF.

                                                              /s/ David S. Mandel